```
Wagner A. Lemus
37616 Avenida La Cresta
Murrieta, CA 92562


D. Edward Hays
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620-3663


Office of the United States Trustee
3801 University Avenue
#270
Riverside, CA 92501
```

```
AA Citicard MC
P.O. Box 78045
Phoenix, AZ 85062-8045


Alexander E. Perez
925 B. Street
Ste. 605
San Diego, CA 92101


Altura Credit Union
36068 Hidden Springs Rd.
Unit 9
Wildomar, CA 92595


American Express
P.O. Box 96001
Los Angeles, CA 90096-8000


Best Buy
P.O. Box 78009
Phoenix, AZ 85062


Care Credit
P.O. Box 71715
Philadelphia, PA 19176-1715


CBIZ Forensic Consulting Group
401 B. Street
Suite 2150
San Diego, CA 92101


CitCostco Visa
P.O. Box 781019
Phoenix, AZ 85062-8019
```

```
Crate and Barrel MC
P.O. Box 669815
Dallas, TX 75266-0765


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Floor and Decor
P.O. Box 650964
Dallas, TX 75265-0964


Franchise Tax Board
Bankruptcy Section, MS:A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Gina Paola Lemus
2617 Vargas Way
Redondo Beach, CA 90278


Home Depot
P.O. Box 78011
Phoenix, AZ 85062


Hyatt Visa
P.O. Box 6294
Carol Stream, IL 60197-6294


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
```

```
Jamra, Jamra & Hanasab LLP
9320 Wilshire Blvd.
Ste 204
Beverly Hills, CA 90212


Jeffrey J. Lander
42215 Washington Street
#A20
Palm Desert, CA 92211


JP Morgan
P.O. Box 78420
Phoenix, AZ 85062-8420


JP Morgan Chase
P.O. Box 6294
Carol Stream, IL 60197-6294


Justin Lemus
37616 Avenida La Cresta
Murrieta, CA 92562


Kermish & Paletz LLP
12711 Ventura Blvd
Ste. 200
Studio City, CA 91604


Kia Finance America
P.O. Box 650805
Dallas, TX 75265-0805


Lending Point
P.O. Box 88599
Milwaukee, WI 53288
```

```
Living Spaces
P.O. Box 71715
Philadelphia, PA 19176-1715


Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90050-0110


Marriott Visa
P.O. Box 6294
Carol Stream, IL 60197-6294


Mr. Cooper
P.O. Box 619094
Dallas, TX 75261-9741


Nordstrom Visa
P.O. Box 100135
Columbia, SC 29202


Riverside County Treasurer-Tax Coll
4080 Lemon Street
Riverside, CA 92501


Road Runner Financial
P.O. Box 6506
Carol Stream, IL 60197


State Board of Equalization
Special Operations BK Team, MIC:29
P.O. Box 942879
Sacramento, CA 94279
```

```
TD Auto Finance
16039 Mailstop ME2-074-0176
6 Atlantis Way
Lewiston, ME 04240


Tractor Supply
P.O. Box 9001006
Louisville, KY 40290-1006
```